Judgment affirmed, without costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN and CRANE, JJ. Absent: ANDREWS, J.

---

BARNETT KEYSER, Respondent, v. NATHAN J. MILLER et al., Appellants.

*Contract — sale — subscription for and allotment of stock — delivery and acceptance of securities as margin for purchase price — subsequent cancellation and refusal to deliver stock — action by subscribers to recover damage.*

*Keyser v. Miller*, 204 App. Div. 868, affirmed.

(Argued May 2, 1923; decided May 29, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 20, 1922, affirming a judgment in favor of plaintiff entered upon a verdict. Plaintiff alleged that he subscribed for shares of stock in a certain corporation which defendants were marketing; that thereafter defendants in writing allotted to the plaintiff upon his subscription 100 shares of said stock at twelve dollars and fifty cents per share; that the plaintiff agreed to said allotment, and delivered to the defendants as margin certain securities, which margin was received and accepted by defendants as satisfactory; that thereafter the defendants wrongfully canceled plaintiff's allotment and refused to deliver to him the stock purchased by him as aforesaid. For the damage occasioned by the alleged breach of contract this action was brought.

*Mark G. Holstein, Jacob Schnebel* and *Mark Jacobs* for appellants.

*Abraham P. Wilkes* and *Irving Katz* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN and CRANE, JJ. Absent: ANDREWS, J.